UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| Plaintiff, | ) Civil Action No. 3:22-CV-605-CHB |
| v. | ) |
| ONE HUNDRED PIPERS CLUB, INC., *et al.*, | ) **JUDGMENT** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order Adopting Magistrate Judge's Recommendation entered contemporaneously herewith, the Court **ADJUDGES** as follows:

1. **DEFAULT JUDGMENT** is entered in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendant One Hundred Pipers Club, Inc. in the total amount of **$8,645** (per the breakdown outlined in the Court's corresponding Order).

2. Plaintiff Joe Hand Promotions, Inc.'s claims against Defendant Donna Purvis are **DISMISSED without prejudice**.

3. This action is **DISMISSED** and is **STRICKEN** from the Court's docket.

4. this is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 24th day of January, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY